```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHARMAINE COOKE,                              :
                                              :    24-CV-5316 (PAE) (RWL)
                         Plaintiff,           :
                                              :
          - against -                         :    ORDER
                                              :
CONSOLIDATED EDISON COMPANY                   :
OF NEW YORK, INC.,                            :
                                              :
                         Defendant.           :
                                              :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff filed this action on July 10, 2024. Ordinarily, a plaintiff has 90 days from filing within which to serve the complaint and summons on the defendant, Fed. R. Civ. P. 4(m); in this instance, that date would be October 10, 2024. Plaintiff has requested an extension of the 90-day period. Good cause having been shown, the request is granted. The time for Plaintiff to serve Defendant is extended by 45 days to November 24, 2024.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 2, 2024
       New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Charmaine Cooke
834 Penfield Street, #4Hs
Bronx, NY 10470

1