```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHARMAINE COOKE,                                            :
                                                            :   24-CV-5316 (PAE) (RWL)
                                Plaintiff,                  :
                                                            :
                - against -                                 :   ORDER
                                                            :
CONSOLIDATED EDISON COMPANY                                 :
OF NEW YORK, INC.,                                          :
                                                            :
                                Defendant.                  :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff has filed a second request to extend her time to serve Defendant. The Court previously granted a 45-day extension of the initial 90-day period. For good cause, the Court grants a second 45-day extension. Accordingly, service must be made by January 8, 2025. Plaintiff is encouraged to contact the Federal Pro Se Legal Assistance Project operated by the City Bar Justice Center of the Bar Association of the City of New York for legal assistance with respect to this case and the two other cases Plaintiff has pending against the same Defendant (24-CV-536, and 24-CV-7330). The telephone number for legal assistance is 212-382-4794.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 21, 2024
       New York, New York

1

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Charmaine Cooke
834 Penfield Street, #4Hs
Bronx, NY 10470