```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHARMAINE COOKE,                              :
                                              :     24-CV-5316 (PAE) (RWL)
                               Plaintiff,     :
                                              :
              - against -                     :     ORDER
                                              :
CONSOLIDATED EDISON COMPANY                   :
OF NEW YORK, INC., ET AL.,                    :
                                              :
                               Defendants.    :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses Plaintiff's letter at Dkt. 13 in which Plaintiff states that she is not able to serve John Doe and Jane Doe Defendants and inquires about whether the Court can order defendant ConEd to provide addresses.

1. Plaintiff must first serve defendants ConEd and Thomas Magee, the two named Defendants. Service must include the complaint and the summonses that have been issued on July 26 and 29, 2024. Plaintiff already has addresses for these two Defendants as indicated by the summonses and her inclusion of those addresses in her complaint at Dkt. 1. Within 10 days of completion of service, Plaintiff shall file proof of service. If Plaintiff has already completed service on either or both named defendants, she shall file proof of service by January 22, 2025.

2. The Court cannot order the named Defendants to provide addresses for John and Jane Doe defendants because (i) the named defendants have not yet been served or appeared in the action, and (ii) John and Jane Doe defendants have not been identified. Whether there are relevant John and Jane Doe defendants and information

1

2

about their identities and addresses can be addressed after service is completed on both named Defendants.

    3. As directed in the Court's November 21, 2024 order at Dkt. 12, Plaintiff was to complete service on the named defendants by January 8, 2025. That date followed two requests for extension of the time to complete service, one for a period of 90 days (Dkt. 9), and the second for a period of 45 days (Dkt. 12). The Court hereby grants Plaintiff a FINAL extension of 45 days to complete service. Accordingly, if service is not completed by **February 22, 2025**, the case will be subject to dismissal without prejudice.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 7, 2025
      New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Charmaine Cooke
834 Penfield Street, #4Hs
Bronx, NY 10470