```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHARMAINE COOKE,                                            :
                                                            :   24-CV-5316 (PAE) (RWL)
                        Plaintiff,                          :
                                                            :
        - against -                                         :   ORDER
                                                            :
CONSOLIDATED EDISON COMPANY                                 :
OF NEW YORK, INC., ET AL.,                                  :
                                                            :
                        Defendants.                         :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

   This order addresses Plaintiff's letter filed January 13, 2025 at Dkt. 21. Plaintiff made a similar inquiry – concerning service of an amended complaint – during a case management conference held on January 15, 2025, in a different case, 24-cv-536 (claiming discrimination), but that inquiry apparently concerned the instant case, 24-cv-5316 (claiming copyright infringement). With respect to the instant case – 24-cv-5316 – the proposed Amended Complaint filed by Plaintiff on January 2, 2025 at Dkt. 19 is accepted as an amendment made as of right prior to an answer or motion pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). Accordingly, the Amended Complaint (Dkt. 19) is the operative pleading, and it is sufficient that Plaintiff serve the Amended Complaint (not the initial Complaint) with summons on defendants.

              SO ORDERED.

              _____
              ROBERT W. LEHRBURGER
              UNITED STATES MAGISTRATE JUDGE

Dated: January 16, 2025
   New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Charmaine Cooke
834 Penfield Street, #4H
Bronx, NY 10470