UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHARMAINE COOKE,

                Plaintiff,

          - against -                        24-CV-5316 (PAE) (RWL)

CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC., ET AL.,

                Defendants.
------------------------------------------------------------X
CHARMAINE COOKE,

                Plaintiff,

          - against -                        24-CV-5315 (PAE) (RWL)

ORANGE & ROCKLAND UTILITIES, INC.,              **ORDER**
ET AL.,

                Defendants.
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On February 17, 2025, Defendants ("ConEd") in 24-cv-5315 (consolidated with 24-cv-5316) filed a motion to dismiss the amended complaint. Plaintiff Cooke shall file her response by March 31, 2025. ConEd's reply, if any, shall be filed by April 21, 2025.

                                    SO ORDERED.

                                    _____
                                    ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE

Dated: February 18, 2025
New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Charmaine Cooke
834 Penfield Street, #4H
Bronx, NY 10470