```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CHARMAINE COOKE,                                            :
                                                            :
                            Plaintiff,                      :
                                                            :    24-CV-5316 (PAE) (RWL)
            - against -                                     :
                                                            :
CONSOLIDATED EDISON COMPANY OF                              :
NEW YORK, INC., ET AL.,                                     :
                                                            :
                            Defendants.                     :
                                                            :
------------------------------------------------------------X
                                                            :
CHARMAINE COOKE,                                            :
                                                            :
                            Plaintiff,                      :
                                                            :    24-CV-5315 (PAE) (RWL)
            - against -                                     :
                                                            :
ORANGE & ROCKLAND UTILITIES, INC.,                          :    ORDER
ET AL.,                                                     :
                                                            :
                            Defendants.                     :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Defendants filed their anticipated motion to dismiss the Second Amended Complaint on July 21, 2025. The Court hereby sua sponte extends Plaintiff's time to file opposing papers to September 2, 2025.

                                    SO ORDERED.

                                    _____
                                    ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: July 22, 2025
      New York, New York

2

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Charmaine Cooke
834 Penfield Street, #4H
Bronx, NY 10470