```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CHARMAINE COOKE,                                            :
                                                            :
                            Plaintiff,                      :
                                                            :   24-CV-5316 (PAE) (RWL)
            - against -                                     :
                                                            :
CONSOLIDATED EDISON COMPANY OF                              :
NEW YORK, INC., ET AL.,                                     :
                                                            :
                            Defendants.                     :
                                                            :
------------------------------------------------------------X
                                                            :
CHARMAINE COOKE,                                            :
                                                            :
                            Plaintiff,                      :
                                                            :   24-CV-5315 (PAE) (RWL)
            - against -                                     :
                                                            :
ORANGE & ROCKLAND UTILITIES, INC.,                          :               ORDER
ET AL.,                                                     :
                                                            :
                            Defendants.                     :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Inasmuch as Defendants have filed a motion to dismiss the Second Amended Complaint, Defendants' motion to dismiss the First Amended Complaint is moot. Accordingly, the Court respectfully directs the Clerk of Court to terminate the motion to dismiss at Dkts. 27, 28 in 24-CV-5315, and Dkt. 36 in 24-CV-5316 (certification of service of motion to dismiss).

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 22, 2025
　　　　New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Charmaine Cooke
834 Penfield Street, #4H
Bronx, NY 10470